PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 19 2005

JAMES R LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| **Patrick S. Davis** | ) |

Case No. 2:05CR00126-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Patrick S. Davis, have discussed with Brenda J. Kuest, Pretrial Services/Probation Officer, modification of my release as follows:

Ordering that Patrick S. Davis remain at Second Chance-Turner House until he self-reports for his prison sentence with the Bureau of Prisons (BOP).

I consent to this modification of my release conditions and agree to abide by this modification.

_____   8-18-05      _____   8-18-05
Signature of Defendant      Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   8-18-05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on 8-18-05

[ ] The above modification of conditions of release is **not** ordered.

_____   8-19-05
Signature of Judicial Officer    Date